AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Clay, Eric L. | United States Court of Appeals for the Sixth Circuit | 10/16/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Active Status) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Court of Appeals
Theodore Levin United States Courthouse
231 W. Lafayette, Rm. 433
Detroit, MI 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Clay, Eric L.** | 10/16/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Clay, Eric L.** | 10/16/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Bank of America | A | Interest | M | T | | | | | |
| 2. Franklin Small-Mid Caps Growth | A | Dividend | M | T | | | | | |
| 3. Franklin Mutual Global Discovery | B | Dividend | M | T | Distributed (part) | 12/20/19 | L | C | |
| 4. Putnam Equity Income FD New CLA | A | Dividend | L | T | Sold (part) | 11/15/19 | L | B | |
| 5. Putnam Trust Multi Cap Case A | A | Dividend | L | T | Sold (part) | 11/15/19 | L | A | |
| 6. Templeton Foreign Fund | B | Dividend | K | T | | | | | |
| 7. Eaton Vance Floating Rate FD | D | Dividend | M | T | Sold (part) | 03/18/19 | M | A | |
| 8. IShares MSCI Emerging MKTS ETF | A | Dividend | | | Sold | 05/10/19 | J | A | |
| 9. IShares MSCI EAFE ETF | A | Dividend | K | T | Buy | 03/18/19 | K | | |
| 10. IShares S&P Mid-Cap 400 Value ETF | A | Dividend | K | T | Buy | 11/12/19 | K | | |
| 11. IShares S&P Mid-Cap 400 Growth ETF | A | Dividend | K | T | Buy | 09/10/19 | K | | |
| 12. IShares S&P Small-Cap 600 Growth | A | Dividend | K | T | Buy | 10/18/19 | K | | |
| 13. IShares S&P Small-Cap 600 Value ETF | A | Dividend | K | T | Buy | 10/21/19 | K | | |
| 14. IShares Micro-Cap ETF | A | Dividend | K | T | Buy | 11/04/19 | K | | |
| 15. SPDR S&P 500 ETF | B | Dividend | M | T | Buy | 06/11/19 | K | | |
| 16. FNMA 2012-138 YE 2% 12/25/2042 | A | Interest | J | T | | | | | |
| 17. FNMA 2017-57 CA 3% 08/25/2047 | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Clay, Eric L.** | 10/16/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Fannie Mae 2018-53 JD 3.5% 07/25/2048 | A | Interest | J | T | Buy | 08/08/19 | J | | |
| 19. | Fannie Mae 2017-18 MA 3% 03/25/2047 | A | Interest | J | T | | | | | |
| 20. | Fanniie Mae 2017-21 GA 3% 04/25/2047 | A | Interest | J | T | | | | | |
| 21. | Fannie Mae 2018-34 ZC 4% 05/25/2048 | A | Interest | J | T | | | | | |
| 22. | Fannie Mae 2018-49 KA 3% 07/25/2048 | A | Interest | K | T | | | | | |
| 23. | Fannie Mae 2018-47 CL 4% 07/25/2048 | A | Interest | K | T | | | | | |
| 24. | Freddie Mac 4116 KC 2% 10/15/2042 | A | Interest | J | T | | | | | |
| 25. | Freddie Mac 4706 LQ 3% 12/15/2046 | A | Interest | J | T | | | | | |
| 26. | FHLMC CU 3.5% 08/15/2047 | A | Interest | J | T | Buy | 01/29/19 | J | | |
| 27. | GNMA GNR 2017-150 KL 2.75%<br>10/01/2047 | A | Interest | J | T | | | | | |
| 28. | GNMA GNR 2017-150 KY 2.625%<br>10/01/2047 | A | Interest | J | T | | | | | |
| 29. | GNMA GNR 2017-170 QU 3% 11/20/2047 | A | Interest | J | T | | | | | |
| 30. | GNMA 2018-154 MU 4% 11/20/2048 | A | Interest | K | T | | | | | |
| 31. | GNMA 2016-170 A 2.5% 04/20/2046 | A | Interest | J | T | | | | | |
| 32. | GNMA 2018-006 WA 3% 01/20/2048 | A | Interest | J | T | | | | | |
| 33. | GNMA 2018-091 WU 4% 07/20/2048 | A | Interest | K | T | | | | | |
| 34. | GNMA 2018-160 AH 4% 02/20/2048 | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Clay, Eric L.** | 10/16/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  GNMA 2018-152 CA 4% 10/20/2048 | A | Interest | K | T | | | | | |
| 36.  GNMA TB 3.5% 06/20/2048 | A | Interest | K | T | Buy | 09/23/19 | K | | |
| 37.  GNMA 2019-005 EA 4% 01/20/2049 | A | Interest | J | T | Buy | 01/29/19 | K | | |
| 38.  GNMA KV 3.5% 01/20/2049 | A | Interest | J | T | Buy | 01/24/19 | J | | |
| 39.  GNMA JE 4% 03/20/2049 | A | Interest | J | T | Buy | 03/26/19 | J | | |
| 40.  GNMA UG 3% 06/20/2049 | A | Interest | J | T | Buy | 11/18/19 | J | | |
| 41.  GNMA GA 3% 07/20/2049 | A | Interest | K | T | Buy | 07/25/19 | K | | |
| 42.  Freddie Mac YA 2.5% 03/25/2048 | A | Interest | J | T | Buy | 10/16/19 | J | | |
| 43.  TD Ameritrade Money Market | A | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Clay, Eric L.** | 10/16/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Clay, Eric L. | 10/16/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Eric L. Clay**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544